IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARIA DALVA VIERA DE OLIVERA DOS SANTOS    Plaintiff | § § § § | |
| VS. | § § | CIVIL NO. 4:06-CV-292-Y |
| BELL HELICOPTER TEXTRON, INC.    Defendant/Third-Party    Plaintiff | § § § § | |
| VS. | § § | |
| HELISUL TAXI AERO LTDA | § | |

ORDER DENYING EXPEDITED CONSIDERATION AND FOR JUDGE'S COPIES

Before the Court is the Emergency Motion to Compel (doc. #186) filed by third-party defendant Helisul Taxi Aero, LTDA, ("Helisul"). This is the fourth in a series of five motions to compel (docs. #178, 179, 181, 182, 186) filed by Helisul over the last few weeks. The Court has yet to receive a judge's copy of any of these motions. This is despite the fact that the Local Rules of Civil Procedure of the Northern District of Texas require that a judge's copy of any pleading, motion, or other paper filed by electronic means be submitted following the procedures set forth in the ECF Administrative Procedures Manual. *See* N.D. Tex. Loc. R. Civ. P. 5.1(b). The ECF Manual requires that a judge's copy be delivered to the Court within three business days. Compliance with the local rules fosters prompt consideration of the case. Conversely, failure to comply with the local rules may result in the unfiling of the non-compliant pleading, motion, or paper or the

denial of the relief requested therein. And given that Helisul has litigated this case before this Court for almost four years now, there is no excuse for its failure to comply with the local rules. Helisul is ORDERED to submit paper copies of each of its motions to compel to the Court no later than December 11, 2009. Failure to do so will result in its motions' being unfiled or denied.

In the emergency motion, Helisul seeks expedited consideration of its motion to compel defendant and third-party plaintiff Bell Helicopter Textron, Inc. ("Bell"), to produce witnesses for depositions. Helisul notes that if briefed under the schedule set out by the local rules, this motion will not be considered until after the discovery deadline. Even so, the Court will not order expedited consideration. The briefing of the motion will proceed in accordance with the local rules and, if necessary, the Court will order that the deposition of the witnesses related to the motion be conducted after the discovery deadline.

SIGNED: December 8, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE